UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cv-290-FDW-DSC

| EMILY JO RAMSEUR, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED METHODIST AGENCY FOR THE RETARDED, | ) | ORDER |
| Defendant. | ) | |

THIS MATTER is before the court upon Plaintiff's response to the Court's Order to show cause for failure to serve Defendant United Methodist Agency for the Retarded within the required time. (Doc. No. 7). The Court finds that Plaintiff has established good cause for the failure to serve Defendant within the required time and for her request that the Court extend the time for service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Court directs the U.S. Marshal to make a second attempt to serve the Defendant within thirty (30) days of the date of this Order at the address provided for in the summons form attached to Plaintiff's Complaint: United Methodist Agency for the Retarded, 9800 Kincey Ave., Suite 190, Huntersville, NC 28078. Plaintiff has indicated that the Human Resources Manager, John Weatherford, is responsible for accepting service for the Defendant and that the telephone number for the Defendant is (704)875-1328. (Id.)[1]

---

[1] The Court has called this phone number and confirmed the address as noted in this Order and on the summons form attached to the Plaintiff's Complaint as well as on the business card for the Defendant that Plaintiff provided.

1

IT IS SO ORDERED.

Signed: October 9, 2013

Frank D. Whitney
Chief United States District Judge

---

(Doc. No. 7 at 3). The receptionist who answered this number indicated that 9800 Kincey Avenue is a one story building and the Defendant is located in Suite 190 and that the signage for the Defendant at this address says UMAR