UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00290-FDW-DSC

| | |
|---|---|
| EMILY JO RAMSEUR, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| UNITED METHODIST AGENCY FOR THE RETARDED, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant United Methodist for the Retarded's Motion for Summary Judgment. (Doc. No. 26). A hearing on the Motion for Summary Judgment was held on August 15, 2014, and for the reasons stated in Court, the Motion is GRANTED IN PART and DENIED IN PART. Specifically, the Motion is GRANTED with respect to Plaintiff's claim for disparate impact and DENIED with respect to Plaintiff's claim for disparate treatment.

IT IS SO ORDERED.

Signed: August 15, 2014

Frank D. Whitney
Chief United States District Judge